JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY CARR GREEN III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THOMAS LAURENT; COUNTY OF SAN BERNARDINO, a Public Entity of the State of California; SHERIFF ROD HOOPS; GARY PENROD, former Sheriff of San Bernardino County, DOES 1 through 10, inclusive, each individually and as law enforcement officers,<br><br>Defendants. | CASE NO. CV 10-01261 MMM (SHx)<br><br>JUDGMENT FOR DEFENDANTS |

On April 25, 2011, the court granted with prejudice motions to dismiss plaintiff's 42 U.S.C. § 1983 claims filed by defendants John Thomas Laurent, the County of San Bernardino, Sheriff Rod Hoops, and former Sheriff Gary Penrod. The court declined to exercise supplemental jurisdiction over plaintiff's state law claims and dismissed them without prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff takes nothing by way of his 42 U.S.C. § 1983 claims; and
2. That plaintiff's state law claims be dismissed without prejudice.

DATED: April 25, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE